In the Matter of the Claim of PETER RAYNELLO, Respondent, against SCOTT BROTHERS and the EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.—Appeal from an award made to claimant on May 15 and noticed on May 17, 1939, as affirmed by a decision noticed on March 21, 1940, awarding compensation from October 18, 1937, and continuing the case on a permanent partial disability basis. Claimant was injured on December 9, 1922, and suffered recurrent inguinal hernia. He was classified as a permanent partial disability case. In 1933 the carrier appealed to this court upon the issue of whether claimant was justified in refusing further operative treatment. This court then upheld claimant's contention that he was not unreasonable in his refusal. [See 241 App. Div. 895.] The present appeal arises from the fact that the carrier has since submitted further evidence which, according to its contention, reveals a change in claimant's condition to such an extent that a refusal to undergo an operation or ambulant treatment is unreasonable. The Board has found to the contrary and there is substantial evidence to support such finding. Award unanimously affirmed, with costs payable by the employer and carrier to the claimant. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

LOUIS P. JENSEN, Appellant, v. FLORENCE PERRY LIVERNOIS, Respondent. MARY JENSEN, Appellant, v. FLORENCE PERRY LIVERNOIS, Respondent.— Appeal by plaintiffs from judgments entered following no cause verdicts. Defendant was driving her car in an easterly direction on the highway which consisted of two nine-foot strips of concrete with four-foot shoulders on the northerly and southerly sides. Plaintiffs, husband and wife, the former driving, were proceeding southerly on a highway which intersected that upon which defendant was driving. The cars collided. The evidence given by the respective parties is irreconcilable. The verdict of the jury was proper. Judgments and orders unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.